IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARION DIAGNOSTIC CENTER, LLC; MARION HEALTHCARE, LLC; and ANDRON MEDICAL ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON, AND COMPANY; PREMIER, INC.; VIZIENT, INC.; CARDINAL HEALTH, INC.; OWENS & MINOR DISTRIBUTION, INC.; MCKESSON MEDICAL-SURGICAL INC.; HENRY SCHEIN, INC.; and UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS,<br><br>Defendants. | Case No. 18-CV-01059-NJR-RJD |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated November 30, 2018 (Doc. 117), which granted Defendants' motions to dismiss (Docs. 83, 84, & 85), Plaintiffs' Amended Complaint (Doc. 52) is **DISMISSED with prejudice**. This entire action is **DISMISSED**, and the case is closed.

DATED:  November 30, 2018

MARGARET M. ROBERTIE,
Clerk of Court

By: s/ *Deana Brinkley*
        Deputy Clerk

APPROVED:  _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**